In the Matter of the Claim of FANNY SMITH and Others, Respondents, against STANCOURT LAUNDRY COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

In the Matter of the Claim of EDWARD MICHELFELDER, Respondent, against ARTHUR B. VAN ALSTYNE and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

In the Matter of the Claim of VINCENZO RAGUNESI, Respondent, against LOUIS GOLDBERG and Another, Doing Business as ARION MANUFACTURING COMPANY, and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.